B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## MARYLAND

In re  William T. Huffington                          Case No. _____
         Debtor                                                    Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** Bayview Loan Servicing | **Describe Property Securing Debt:** Residence with ex-wife. |
| Property will be *(check one)*: <br>  ❋ Surrendered     ○ Retained <br><br> If retaining the property, I intend to *(check at least one)*: <br>  ○ Redeem the property <br>  ○ Reaffirm the debt <br>  ○ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)). <br><br> Property is *(check one)*: <br>  ○ Claimed as exempt     ❋ Not claimed as exempt | |

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** Jack & DIanne Patterson | **Describe Leased Property:** Residental Lease | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ❋ YES     ○ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date:  June 17, 2015                                s/William T. Huffington
_____            _____
                                                    Signature of Debtor



                                                    _____
                                                    Signature of Joint Debtor